# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146638

KENNEDY L. THOMAS,
      Plaintiff-Appellee,
and

ZURICH NA INSURANCE COMPANY,
      Intervening Plaintiff-Appellant,

v

BOBBY W. FERGUSON and FERGUSON
ENTERPRISES, INC.,
      Defendants-Appellees,
and

ROSS G. PARKER,
      Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146638
COA: 292445
Wayne CC: 05-529110-NO

On order of the Court, the application for leave to appeal the December 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013

t0520



Clerk